UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JASON BENNETT BANKS,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

**Failure to Register**

Beginning in or about September 2020, and continuing until on or about January 21, 2021, in Muskegon County, in the Southern Division of the Western District of Michigan, and elsewhere,

JASON BENNETT BANKS,

an individual required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce, and knowingly failed to register as required by the Sex Offender Registration and Notification Act.

Specifically, in December 2011, in Lewis County, Washington, the defendant was convicted of Indecent Liberties, which required the defendant to register as a sex offender and keep his registration current.   In or about September 2020, the defendant moved from Davidson County, North Carolina, to Muskegon County, Michigan and failed to register in Michigan.

**18 U.S.C. § 2250(a)**
**34 U.S.C. § 20913 et seq.**

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
DANIEL Y. MEKARU
Assistant United States Attorney